# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Drain, Gershwin A. | U.S. Distsrict Court, Eastern District of Michigan | 05/14/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge; active | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

United States District Court
Theodore Levin United States Courthouse
231 W. Lafayette Blvd., Room 707
Detroit, MI 48226

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/14/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2017 | Wayne County, Michigan Pension Payments | $14,919.12 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IIRA #1 (H) | | | | | | | | | |
| 2. - AMCAP Fund Class C Am. Funds | A | Dividend | L | T | | | | | |
| 3. - Cap. Income Builder Fd./ Class C - Am. Funds | B | Dividend | L | T | | | | | |
| 4. - Cap. World Growth & Inc. Fd./ Am. Funds | A | Dividend | L | T | | | | | |
| 5. - Income Fund of Amer. Class C - Am. Funds | C | Dividend | M | T | | | | | |
| 6. - New Perspective Fund Class C - Am. Funds | A | Dividend | L | T | | | | | |
| 7. - American Balanced Fund/Am. Funds | A | Dividend | K | T | | | | | |
| 8. - New Economy Fund/Am. Funds | A | Dividend | K | T | | | | | |
| 9. - Growth Fund of America/Am. Funds | A | Dividend | K | T | | | | | |
| 10. - Hartford Floating Rate Fund | A | Dividend | K | T | | | | | |
| 11. - Europacific Growth Fund/Am Funds | A | Dividend | K | T | | | | | |
| 12. - First Trust Sabrient Baker's Dozen Port | A | Dividend | K | T | | | | | |
| 13. - First Trust Election Portfolio | A | Dividend | L | T | | | | | |
| 14. IRA #2 (H) | | | | | | | | | |
| 15. - Am. Funds Amcap Fund Class C | A | Dividend | J | T | | | | | |
| 16. - American Funds Capital Income Builder | A | Dividend | J | T | | | | | |
| 17. - American Funds New World Fund | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Am. Funds - Growth Fund of America | A | Dividend | J | T | | | | | |
| 19. - Am. Funds - American Balance Fund | A | Dividend | J | T | | | | | |
| 20. IRA #3 (H) | | | | | | | | | |
| 21. - Am. Funds - Capital Income Builder | A | Dividend | J | T | | | | | |
| 22. - Am. Funds Capital World Growth Fund | A | Dividend | J | T | | | | | |
| 23. - Am. Funds New World Fund | A | Dividend | J | T | | | | | |
| 24. - Am Funds The Growth Fund of America | A | Dividend | J | T | | | | | |
| 25. - Am Funds Capital World Growth & Inc. | A | Dividend | J | T | | | | | |
| 26. - Am. Funds Investment Co. of America (X) | A | Dividend | J | T | | | | | |
| 27. - Am. Funds New Perspective Fund | A | Dividend | J | T | Buy | 06/13/17 | J | | |
| 28. - Am. Funds New Economy Fund | A | Dividend | J | T | Buy | 12/05/17 | J | | |
| 29. IRA #4 (H) | | | | | | | | | |
| 30. - Franklin Mutual Global Discovery Fund | A | Dividend | J | T | | | | | |
| 31. - Franklin Rising Dividends Fund Class C | A | Dividend | J | T | | | | | |
| 32. - Amer. Funds AMCAP Fund Class C | A | Dividend | J | T | | | | | |
| 33. IRA #5 (H) | | | | | | | | | |
| 34. - AT&T Incorporated | A | Dividend | | | Sold | 11/28/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - Abbvie Incorporated | A | Dividend | | | Sold | 11/28/17 | J | | |
| 36.  - Allianz SE SP ADR | A | Dividend | | | Sold | 11/28/17 | J | | |
| 37.  - Altria Group Incorporated | A | Dividend | | | Sold | 11/28/17 | J | | |
| 38.  - Ameren Corporation | A | Dividend | | | Sold | 11/28/17 | J | | |
| 39.  - American Elec. Pwr. Incorporated | A | Dividend | | | Sold | 11/28/17 | J | | |
| 40.  - Amgen Incorporated | A | Dividend | | | Sold | 11/28/17 | J | | |
| 41.  - Amerigas Partners LP | A | Dividend | | | Sold | 11/28/17 | J | | |
| 42.  - Astrazeneca PLC | A | Dividend | | | Sold | 11/28/17 | J | | |
| 43.  - Automatic Data Processing Inc. | A | Dividend | | | Sold | 09/28/17 | J | | |
| 44.  - AXA SA Sponsored ADR | A | Dividend | | | Sold | 11/28/17 | J | | |
| 45.  - BB&T Corporation | A | Dividend | | | Sold | 11/28/17 | J | | |
| 46.  - BAE Systems PLC Sponsored ADR | A | Dividend | | | Sold | 11/28/17 | J | | |
| 47.  - BASF SE Sponsored ADR | A | Dividend | | | Sold | 11/28/17 | J | | |
| 48.  - BCE Incorporated Com New | A | Dividend | | | Sold | 11/28/17 | J | | |
| 49.  - BP PLC Sponsored ADR | A | Dividend | | | Sold | 11/28/17 | J | | |
| 50.  - British Amern Tob Plc | A | Dividend | | | Sold | 11/28/17 | J | | |
| 51.  - CME Group Incorporated | A | Dividend | | | Sold | 11/28/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Cardinal Health Inc. | A | Dividend | | | Sold | 11/28/17 | J | | |
| 53. - Chevron Corporation New | A | Dividend | | | Sold | 11/28/17 | J | | |
| 54. - Cinemark Holdings Inc. | A | Dividend | | | Sold | 11/28/17 | J | | |
| 55. - Cisco Systems Inc. | A | Dividend | | | Sold | 11/28/17 | J | | |
| 56. - Coca Cola Company | A | Dividend | | | Sold | 11/28/17 | J | | |
| 57. - Compass Minerals Intl. | A | Dividend | | | Sold | 11/28/17 | J | | |
| 58. - Consolidated Edison Inc. | A | Dividend | | | Sold | 11/20/17 | J | | |
| 59. - Corning Incorporated | A | Dividend | | | Sold | 11/28/17 | J | | |
| 60. - Deutsche Telekom AG | A | Dividend | | | Sold | 11/28/17 | J | | |
| 61. - Deutsche Post Ag Spon. ADR | A | Dividend | | | Sold | 11/28/17 | J | | |
| 62. - Dinequity Inc. | A | Dividend | | | Sold | 02/24/17 | J | | |
| 63. - Dominion Res Incorporated | A | Dividend | | | Sold | 11/28/17 | J | | |
| 64. - Dow Chemical Company | A | Dividend | | | Sold | 11/28/17 | J | | |
| 65. - Duke Energy Corporation NE | A | Dividend | | | Sold | 11/28/17 | J | | |
| 66. - Emerson Elec. Company | A | Dividend | | | Sold | 11/28/17 | J | | |
| 67. - Entergy Corporation | A | Dividend | | | Sold | 11/28/17 | J | | |
| 68. - Exxon Mobil Corporation | A | Dividend | | | Sold | 11/28/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Fastenal Company | A | Dividend | | | Sold | 11/28/17 | J | | |
| 70. - GEO Group Incorporated | A | Dividend | | | Sold | 11/28/17 | J | | |
| 71. - General Mls Incorporated | A | Dividend | | | Sold | 11/28/17 | J | | |
| 72. - Glaxosmithkline PLC | A | Dividend | | | Sold | 11/28/17 | J | | |
| 73. - Grainger W W Inc. | A | Dividend | | | Sold | 08/28/17 | J | | |
| 74. - Imperial Brands ADR f/k/a Imperial Tobacco Group PLC | A | Dividend | | | Sold | 11/28/17 | J | | |
| 75. - Intel Corporation | A | Dividend | | | Sold | 11/28/17 | J | | |
| 76. - Iron Mtn Incorporated | A | Dividend | | | Sold | 11/28/17 | J | | |
| 77. - Johnson & Johnson | A | Dividend | | | Sold | 11/28/17 | J | | |
| 78. - Kimberly Clark Corporation | A | Dividend | | | Sold | 11/28/17 | J | | |
| 79. - Kraft Heinz Company f/k/a Kraft Foods Group Incorporated | A | Dividend | | | Sold | 02/17/17 | J | | |
| 80. - Lockheed Martin Corporation | A | Dividend | | | Sold | 11/28/17 | J | | |
| 81. - McDonalds Corporation | A | Dividend | | | Sold | 11/28/17 | J | | |
| 82. - Merck & Company Incorporated | A | Dividend | | | Sold | 11/28/17 | J | | |
| 83. - Metlife Inc. | A | Dividend | | | Sold | 11/28/17 | J | | |
| 84. - Michelin Compagnie Generale DE ADR | A | Dividend | | | Sold | 11/28/17 | J | | |
| 85. - Microsoft Corporation | A | Dividend | | | Sold | 06/22/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Microchip Technology Inc. | A | Dividend | | | Sold | 11/28/17 | J | | |
| 87. - Motorola Solutions Inc. Com New | A | Dividend | | | Sold | 11/28/17 | J | | |
| 88. - Munich Re Group | A | Dividend | | | Sold | 11/28/17 | J | | |
| 89. - National Fuel Gas Company | A | Dividend | | | Sold | 11/28/17 | J | | |
| 90. - National Grid PLC | A | Dividend | | | Sold | 11/28/17 | J | | |
| 91. - Novartis A G Sponsored ADR | A | Dividend | | | Sold | 11/28/17 | J | | |
| 92. - Occidental Pete Corporation | A | Dividend | | | Sold | 11/28/17 | J | | |
| 93. - Omnicom Group Inc. | A | Dividend | | | Sold | 11/28/17 | J | | |
| 94. - Orkla A S Spon ADR A | A | Dividend | | | Sold | 11/28/17 | J | | |
| 95. - Owens & Minor Incorporated | A | Dividend | | | Sold | 01/09/17 | J | | |
| 96. - PNC Finl SVCS Group | A | Dividend | | | Sold | 03/03/17 | J | | |
| 97. - PPL Corporation | A | Dividend | | | Sold | 11/28/17 | J | | |
| 98. - Peoples United Financial Inc. | A | Dividend | | | Sold | 11/28/17 | J | | |
| 99. - Pepsico Incorporated | A | Dividend | | | Sold | 11/28/17 | J | | |
| 100. - Philip Morris International | A | Dividend | | | Sold | 11/28/17 | J | | |
| 101. - Polaris Industries Inc. | A | Dividend | | | Sold | 11/28/17 | J | | |
| 102. - Praxair Incorporated | A | Dividend | | | Sold | 11/28/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 10 of 27

**Name of Person Reporting**

Drain, Gershwin A.

**Date of Report**

05/14/2018

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Procter & Gamble Company | A | Dividend | | | Sold | 11/28/17 | J | | |
| 104. - Qualcomm Incorporated | A | Dividend | | | Sold | 11/28/17 | J | | |
| 105. - Regal Entertainment Group | | | | | Sold | 11/28/17 | J | | |
| 106. - Reynolds American Incorporated | A | Dividend | | | Sold | 03/23/17 | J | | |
| 107. - Roche Hldg. Limited Spon. ADR | A | Dividend | | | Sold | 11/28/17 | J | | |
| 108. - Rogers Communications | A | Dividend | | | Sold | 11/28/17 | J | | |
| 109. - Royal Bk Cda Montreal Que | A | Dividend | | | Sold | 11/28/17 | J | | |
| 110. - Royal Dutch Shell PLC | A | Dividend | | | Sold | 11/28/17 | J | | |
| 111. - SSE PLC Sponsored ADR | A | Dividend | | | Sold | 11/28/17 | J | | |
| 112. - Sanofi Sponsored ADR | A | Dividend | | | Sold | 11/28/17 | J | | |
| 113. - Scor Sponsored Adr (France) | A | Dividend | | | Sold | 11/28/17 | J | | |
| 114. - Siemens A G Sponsored Adr | A | Dividend | | | Sold | 11/28/17 | J | | |
| 115. - Sky PLC Spon. ADR | A | Dividend | | | Sold | 11/28/17 | J | | |
| 116. - Southern Company | A | Dividend | | | Sold | 11/28/17 | J | | |
| 117. - Spectra Energy Partners | A | Dividend | | | Sold | 11/28/17 | J | | |
| 118. - Statoil Asa Sponsored Adr (Norway) | A | Dividend | | | Sold | 11/28/17 | J | | |
| 119. - Svenska Handel Sbanken Ab Adr (Sweden) | A | Dividend | | | Sold | 11/28/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Swisscom AG Sponsored ADR | A | Dividend | | | Sold | 11/28/17 | J | | |
| 121. - Taiwan Semiconductor Mfg Limited Spons. Adr | A | Dividend | | | Sold | 11/28/17 | J | | |
| 122. - Target Corporation | A | Dividend | | | Sold | 11/28/17 | J | | |
| 123. - Telstra Corporation Limited | A | Dividend | | | Sold | 08/04/17 | J | | |
| 124. - Terna Rete Elettrica Nazionale ADR | A | Dividend | | | Sold | 11/28/17 | J | | |
| 125. - Texas Instrs Incorporated | A | Dividend | | | Sold | 11/28/17 | J | | |
| 126. - Thomson Reuters Corporation | A | Dividend | | | Sold | 11/28/17 | J | | |
| 127. - Time Warner Inc. | A | Dividend | | | Sold | 06/06/17 | J | | |
| 128. - Total S A Sponsored ADR | A | Dividend | | | Sold | 11/28/17 | J | | |
| 129. - US Bancorp Del Com New | A | Dividend | | | Sold | 11/28/17 | J | | |
| 130. - Unibail - Rodamco SE Adr Rep Jce 08 (France) | A | Dividend | | | Sold | 11/28/17 | J | | |
| 131. - Unilever PLC Spon ADR New | A | Dividend | | | Sold | 11/28/17 | J | | |
| 132. -Union Pac Corp. | A | Dividend | | | Sold | 11/28/17 | J | | |
| 133. - United Parcel Service | A | Dividend | | | Sold | 11/28/17 | J | | |
| 134. - Valero Energy Corp. | A | Dividend | | | Sold | 11/28/17 | J | | |
| 135. - Vectren Corporation | A | Dividend | | | Sold | 04/21/17 | J | | |
| 136. - Verizon Communications | A | Dividend | | | Sold | 11/28/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Vodafone Group PLC New | A | Dividend | | | Sold | 11/28/17 | J | | |
| 138. - WEC Energy Group Inc. | A | Dividend | | | Sold | 11/28/17 | J | | |
| 139. - Wal-Mart Stores Incorporated | A | Dividend | | | Sold | 11/28/17 | J | | |
| 140. - Waste Mgmt. Inc. | A | Dividend | | | Sold | 09/29/17 | J | | |
| 141. - Wells Fargo & Company New | A | Dividend | | | Sold | 11/28/17 | J | | |
| 142. - Welltower Incororated REIT | A | Dividend | | | Sold | 11/28/17 | J | | |
| 143. - Western Un Company | A | Dividend | | | Sold | 01/18/17 | J | | |
| 144. - Westpac Bkg Corporation | A | Dividend | | | Sold | 11/28/17 | J | | |
| 145. - Weyerhaeuser Company | A | Dividend | | | Sold | 11/28/17 | J | | |
| 146. - Daimler AG | A | Dividend | | | Sold | 11/28/17 | J | | |
| 147. - Axis Capital Holdings Limited | A | Dividend | | | Sold | 11/28/17 | J | | |
| 148. - Eaton Corporation PLC | A | Dividend | | | Sold | 11/28/17 | J | | |
| 149. - Johnson Controls PLC | A | Dividend | | | Sold | 11/28/17 | J | | |
| 150. - TE Connectivity Limited Reg. SHS | A | Dividend | | | Sold | 11/28/17 | J | | |
| 151. - Lyondellbasell Industries | A | Dividend | | | Sold | 11/28/17 | J | | |
| 152. - Cedar Fair L.P Depositry Unit | | Dividend | | | Sold | 01/09/17 | J | | |
| 153. - Communications Sales & Leas Inc. | A | Dividend | | | Sold | 01/09/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Crown Castle Intl. Corp. | A | Dividend | | | Sold | 11/28/17 | J | | |
| 155. - Enterprise Products Partners L P | A | Dividend | | | Sold | 11/28/17 | J | | |
| 156. - Magellan Midstream Prtnrs LP | A | Dividend | | | Sold | 11/28/17 | J | | |
| 157. - Ryman Hospitality Pptys Inc. | A | Dividend | | | Sold | 11/28/17 | J | | |
| 158. - Sabra Health Care REIT Inc. | A | Dividend | | | Sold | 11/28/17 | J | | |
| 159. - Realty Income Corporation REIT | A | Dividend | | | Sold | 11/30/17 | J | | |
| 160. - Ventas Incorporated REIT | A | Dividend | | | Sold | 11/28/17 | J | | |
| 161. IRA #6 (H) | | | | | | | | | |
| 162. - AT&T Incorporated | A | Dividend | | | Sold | 07/20/17 | J | | |
| 163. - Paychex Incorporated | A | Dividend | J | T | | | | | |
| 164. - Pepsico Incorporated | A | Dividend | J | T | | | | | |
| 165. - Riverfront Strategic Income Fund | A | Dividend | J | T | | | | | |
| 166. - First Trust ETF II Utilities Alphadex Fund | A | Dividend | J | T | | | | | |
| 167. - First Trust ETF IV Senior Loan Fund | A | Dividend | J | T | Buy | 01/09/17 | J | | |
| 168. - Flexshares Trust Quality Dividend Index Fund | A | Dividend | J | T | | | | | |
| 169. - Global X Funds MCSI Norway ETF | A | Dividend | J | T | | | | | |
| 170. - Goldman Sachs ETF Activebeta US Large Cap | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  - Ishares MSCI Aust ETF | A | Dividend | J | T | | | | | |
| 172.  - Ishares MSCI CDA ETF | A | Dividend | J | T | Buy | 02/24/17 | J | | |
| 173.  - Ishares MSCI Sz Cap ETF | A | Dividend | | | Sold | 02/24/17 | J | | |
| 174.  - Ishares TR Core S & P 500 ETF | A | Dividend | K | T | | | | | |
| 175.  - Ishares TR MSCI EAFE ETF | A | Dividend | J | T | | | | | |
| 176.  - Ishares TR NASDQ Biotec ETF | A | Dividend | | | Sold | 03/22/17 | J | | |
| 177.  - Ishares TR U.S. Fin SVC ETF | A | Dividend | J | T | | | | | |
| 178.  - Ishares TR CORE S&P SCP ETF | A | Dividend | J | T | | | | | |
| 179.  - Ishares TR U.S. CNSM GD ETF | A | Dividend | J | T | | | | | |
| 180.  - Ishares TR MSCI Ac Asia ETF | A | Dividend | J | T | Buy | 03/28/17 | J | | |
| 181.  - Ishares TR Intl SEL Div ETF | A | Dividend | J | T | | | | | |
| 182.  - Ishares TR US Hlthcr PR ETF | A | Dividend | | | Sold | 10/25/17 | J | | |
| 183.  - Ishares TR EAFE Value ETF | A | Dividend | K | T | | | | | |
| 184.  - Ishares TR EAFE Grwth ETF | A | Dividend | L | T | | | | | |
| 185.  - Ishares TR Core MSCI EAFE | A | Dividend | L | T | Buy | 03/22/17 | L | | |
| 186.  - Ishares Incorporated Core MSCI EMKT | A | Dividend | K | T | | | | | |
| 187.  - Ishares TR Hdg MSCI Japan | A | Dividend | | | Sold | 04/21/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Pimco ETF Trust | A | Dividend | J | T | | | | | |
| 189. - Powershares QQQ Trust | A | Dividend | J | T | | | | | |
| 190. - Powershares ETF Trust Aerospace & Defense Port | A | Dividend | J | T | | | | | |
| 191. - Powershares Global ETF FTSE RAFI Emerging Markets Port | A | Dividend | J | T | Buy | 02/24/17 | J | | |
| 192. - Powershares ETF II S&P 500 Ex-Rate | A | Dividend | | | Sold | 03/22/17 | J | | |
| 193. - Powershares ETF Trust II KBW Regl Bk Port | A | Dividend | | | Sold | 03/28/17 | J | | |
| 194. - SPDR Series Trust Morgan Stanley Tech | A | Dividend | K | T | | | | | |
| 195. - SPDR Series Trust S&P Transn ETF | A | Dividend | | | Sold | 01/04/17 | J | | |
| 196. - SPDR Series Trust S&P Capital Markets ETF | A | Dividend | J | T | | | | | |
| 197. - SPDR Series Trust Cap Short Term | A | Dividend | | | Sold | 03/16/17 | J | | |
| 198. - SSGA Active ETF Trust Blackston/GSO Sr Ln ETF | A | Dividend | J | T | Buy | 01/04/17 | J | | |
| 199. - Sector SPDR TR SBI Healthcare | A | Dividend | J | T | Buy | 07/20/17 | J | | |
| 200. - Sector SPDR TR SBI Cons Discr | A | Dividend | J | T | | | | | |
| 201. - Sector SPDR TR SBI Int-Finl | A | Dividend | J | T | | | | | |
| 202. - Select Sector SPDR TR Real Estate | A | Dividend | | | Sold | 03/28/17 | J | | |
| 203. - Wisdomtree Trust Larcap Div Fund | A | Dividend | J | T | | | | | |
| 204. - Wisdomtree Trust Low P/E Fd | A | Dividend | | | Sold | 01/04/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  - Wisdomtree Trust Japan Smallcap Divid Fund | A | Dividend | J | T | | | | | |
| 206.  - Wisdomtree Trust Intl Hedged Div Growth Fund | A | Dividend | J | T | | | | | |
| 207.  - Wisdomtree Trust Currency Hedged Defa Fd | A | Dividend | K | T | | | | | |
| 208.  - UBS Ag Jersey, E Tracs Linked to Alerian MLP Infrastructure | A | Dividend | | | Sold | 10/25/17 | J | | |
| 209.  IRA #7 (H) | | | | | | | | | |
| 210.  - Activision Blizzard Inc. | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 211.  - Adobe Systems Inc. | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 212.  - Alibaba Group Hldg. | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 213.  - Allstate Corp. | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 214.  - Alphabet Incorporated | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 215.  - Altria Group | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 216.  - Amazon Com Inc. | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 217.  - Analog Devices Inc. | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 218.  - Apple Inc. | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 219.  - Bank Amer. Corp | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 220.  - Becton Dickinson & Co. | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 221.  - Boston Scientific Corp. | A | Dividend | J | T | Buy | 12/12/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - CSX Corp. | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 223. - Caterpillar Inc. | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 224. - Charter Communications Inc. | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 225. - Chevron Corp. | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 226. - Cisco Systems Inc. | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 227. - Citigroup Inc. | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 228. - Coca Cola Company | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 229. - Comcast Corp. | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 230. - Conocophillips | A | Dividend | J | T | Buy | 12/21/17 | J | | |
| 231. - Dollar General Corp. | A | Dividend | J | T | Buy | 12/20/17 | J | | |
| 232. - Dowdupont Inc. | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 233. - EOG RES Inc. | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 234. - Eastman Chemical Company | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 235. - Facebook Inc. | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 236. - Fedex Corp. | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 237. - Home Depot Inc. | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 238. - Honeywell International Inc. | A | Dividend | J | T | Buy | 12/12/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  - Intel Corp. | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 240.  - JPMorgan Chase & Co. | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 241.  - Johnson & Johnson | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 242.  - Marsh & McLennan Companies Inc. | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 243.  - Microsoft Corp. | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 244.  - Mohawk Industries Inc. | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 245.  - Morgan Stanley Com. | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 246.  - Nvidia Corp. | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 247.  - PNC Finl. Svcs. Group Inc. | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 248.  - Pepsico Inc. | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 249.  - Pfizer Inc. | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 250.  - Philip Morris Intl. Inc. | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 251.  - Raytheon Company | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 252.  - Roper Technologies Inc. | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 253.  - Royal Dutch Shell PLC Spons ADR | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 254.  - Salesforce Com Inc. | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 255.  - Stanley Black & Decker Inc. | A | Dividend | J | T | Buy | 12/12/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - TJX Companies Inc. | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 257. - Unitedhealth Group Inc. | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 258. - Vertex Pharmaceuticals Inc. | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 259. - Visa Inc. | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 260. - Zoetis Inc. | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 261. Brokerage Account #1 (H) | | | | | | | | | |
| 262. - Am Funds Cap World Growth & Inc Class C | A | Dividend | K | T | | | | | |
| 263. - First Eagle Global Fund Class C | A | Dividend | K | T | | | | | |
| 264. - Janus Henderson Global Eq. Inc. f/k/a Henderson European Focus Fund | A | Dividend | K | T | | | | | |
| 265. - American High Income Municipal Bond | A | Dividend | J | T | | | | | |
| 266. - Tax Exempt Bond Fund of America | A | Dividend | J | T | | | | | |
| 267. - Franklin Rising Dividends Fund | A | Dividend | J | T | | | | | |
| 268. - Am Funds Growth Fund of Amer Class C | A | Dividend | J | T | | | | | |
| 269. - Am Funds Investment Co of America Class A | A | Dividend | K | T | | | | | |
| 270. - Franklin Templeton Mutual Global Discovery | A | Dividend | K | T | | | | | |
| 271. - Am Funds New World Class C | A | Dividend | K | T | | | | | |
| 272. - Realty Income Corporation Reit | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.   - Targe Res Corp. f/k/a Targa Res Partners LP Com Unit (X) | A | Dividend | J | T | | | | | |
| 274.   - Blackrock Equity Div. Fund Class C | A | Dividend | K | T | | | | | |
| 275.   - Calamos Growth & Income Fund Class C | A | Dividend | K | T | | | | | |
| 276.   - Nuveen High Yield Mun. Bond Fund Class C | A | Dividend | K | T | | | | | |
| 277.   - Western Asset Int. Term Municipals Class C | A | Dividend | L | T | | | | | |
| 278.   - Raymond James Cash Account | | None | J | T | | | | | |
| 279.   Brokerage Account #2 (H) | | | | | | | | | |
| 280.   - AT&T Incorporated | A | Dividend | | | Sold | 0726/17 | J | | |
| 281.   - Abbvie Incorporated | A | Dividend | | | Sold | 05/16/17 | J | | |
| 282.   - Activision Blizzard Inc. | A | Dividend | J | T | Buy | 07/27/17 | J | | |
| 283.   - Adobe Systems Inc. | A | Dividend | J | T | | | | | |
| 284.   - Advance Auto Parts Inc. | A | Dividend | | | Sold | 02/22/17 | J | | |
| 285.   - Alibaba Group Hldg | A | Dividend | J | T | | | | | |
| 286.   - Allstate Corporation | A | Dividend | J | T | Buy | 09/06/17 | J | | |
| 287.   - Alphabet Incorporated f/k/a Google Incorporated | A | Dividend | J | T | | | | | |
| 288.   - Altria Group Incorporated | A | Dividend | J | T | | | | | |
| 289.   - Amazon Com Incorporated | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - American International Group Inc. Com | A | Dividend | | | Sold | 03/28/17 | J | | |
| 291. - Anadarko Pete Corporation | A | Dividend | | | Sold | 06/07/17 | J | | |
| 292. - Analog Devices Inc. | A | Dividend | J | T | Buy | 05/09/17 | J | | |
| 293. - Apple Incorporated | A | Dividend | J | T | | | | | |
| 294. - Bank of America Corporation | A | Dividend | J | T | | | | | |
| 295. - Becton Dickison & Company | A | Dividend | J | T | Buy | 02/22/17 | J | | |
| 296. - Boston Scientific Corp. | A | Dividend | J | T | | | | | |
| 297. - Bristol Myers Squibb Company | A | Dividend | | | Sold | 03/22/17 | J | | |
| 298. - CSX Corporation | A | Dividend | J | T | | | | | |
| 299. - Caterpillar Inc. | A | Dividend | J | T | Buy | 02/15/17 | J | | |
| 300. - Canadian Nat Res Limited | A | Dividend | | | Sold | 02/08/17 | J | | |
| 301. - Celgene Corporation | A | Dividend | | | Sold | 12/01/17 | J | | |
| 302. - Charter Communications Inc. | A | Dividend | J | T | | | | | |
| 303. - Chevron Corporation New | A | Dividend | J | T | | | | | |
| 304. - Cisco Systems Incorporated | A | Dividend | J | T | | | | | |
| 305. - Citigroup Incorporated Com New | A | Dividend | J | T | | | | | |
| 306. - Coca Cola Company | A | Dividend | J | T | Buy | 04/07/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - Comcast Corporation New | A | Dividend | J | T | | | | | |
| 308. - Conocophillips | A | Dividend | J | T | Buy | 12/21/17 | J | | |
| 309. - Dollar General Corp. | A | Dividend | J | T | Buy | 12/20/17 | J | | |
| 310. - Disney Walt Company | A | Dividend | | | Sold | 09/08/17 | J | | |
| 311. - Dowdupont Inc. f/k/a Dow Chemical Company | A | Dividend | J | T | | | | | |
| 312. - Electronic Arts Inc. | A | Dividend | | | Sold | 03/22/17 | J | | |
| 313. - Exxon Mobil Corp. | A | Dividend | | | Sold | 02/01/17 | J | | |
| 314. - EOG RES Inc. | A | Dividend | J | T | Buy | 02/01/17 | J | | |
| 315. - Eastman Chemical Company | A | Dividend | J | T | Buy | 10/05/17 | J | | |
| 316. - Facebook Incorporated | A | Dividend | J | T | | | | | |
| 317. - Fedex Corporation | A | Dividend | J | T | | | | | |
| 318. - General Electric Company | A | Dividend | | | Sold | 03/07/17 | J | | |
| 319. - Halliburton Company | A | Dividend | | | Sold | 08/15/17 | J | | |
| 320. - Home Depot Incorporated | A | Dividend | J | T | | | | | |
| 321. - Honeywell International Incorporated | A | Dividend | J | T | | | | | |
| 322. - Intel Corp. | A | Dividend | J | T | Buy | 11/06/17 | J | | |
| 323. - JPMorgan Chase & Company | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. - Johnson & Johnson | A | Dividend | J | T | | | | | |
| 325. - Lilly Eli & Company | A | Dividend | | | Sold | 07/25/17 | J | | |
| 326. - Marsh & Mclennan Companies Incorporated | A | Dividend | J | T | | | | | |
| 327. - Martin Marietta Matls Inc. | A | Dividend | | | Sold | 11/02/17 | J | | |
| 328. - Microsoft Corporation | A | Dividend | J | T | | | | | |
| 329. - Mohawk Indusstries Inc. | A | Dividend | J | T | | | | | |
| 330. - Morgan Stanley Com New | A | Dividend | J | T | | | | | |
| 331. - Norfolk Southern Corp. | A | Dividend | | | Sold | 07/20/17 | J | | |
| 332. - Nvidia Corp. | A | Dividend | J | T | Buy | 01/09/17 | J | | |
| 333. - PNC Finl. Svcs. Group Inc. | A | Dividend | J | T | Buy | 03/28/17 | J | | |
| 334. - Pepsico Incorporated | A | Dividend | J | T | | | | | |
| 335. - Pfizer Incorporated | A | Dividend | J | T | | | | | |
| 336. - Philip Morris International Inc. | A | Dividend | J | T | Buy | 02/07/17 | J | | |
| 337. - Proctor and Gamble Co. | A | Dividend | | | Sold | 04/27/17 | J | | |
| 338. - Raytheon Company | A | Dividend | J | T | | | | | |
| 339. - Roper Technologies Inc. | A | Dividend | J | T | Buy | 09/20/17 | J | | |
| 340. - Royal Dutch Shell PLC Spons. ADR (Netherlands) | A | Dividend | J | T | Buy | 10/05/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. - Salesforce Com Incorporated | A | Dividend | J | T | | | | | |
| 342. - Schlumberger Limited | A | Dividend | | | Sold | 04/28/17 | J | | |
| 343. - Southern Company | A | Dividend | | | Sold | 04/07/17 | J | | |
| 344. - Stanley Black & Decker Inc. | A | Dividend | J | T | | | | | |
| 345. - Starbucks Corporation | A | Dividend | | | Sold | 01/24/17 | J | | |
| 346. - T Mobile US Incorporated (Y) | A | Dividend | | | Sold | 06/29/17 | J | | |
| 347. - Time Warner Inc. | A | Dividend | | | Sold | 11/03/17 | J | | |
| 348. - TJX Companies Inc. | A | Dividend | J | T | Buy | 12/05/17 | J | | |
| 349. - United Health Group Inc. | A | Dividend | J | T | | | | | |
| 350. - Vertex Pharmaceuticals Inc. | A | Dividend | J | T | Buy | 05/17/17 | J | | |
| 351. - Visa Incorporated | A | Dividend | J | T | | | | | |
| 352. - Zoetis Inc. | A | Dividend | J | T | | | | | |
| 353. - American Tower Corporation New Reit | A | Dividend | | | Sold | 01/09/17 | J | | |
| 354. Virginia 529 Plan, College Savings Plan, Moderate (H) Growth | | | | | | | | | |
| 355. - AMCAP Fund - 529C | A | Dividend | J | T | | | | | |
| 356. - Capital World Growth & Income - 529C | A | Dividend | J | T | | | | | |
| 357. - The Growth Fund of America - 529C | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. - The Investment Company of America - 529C | A | Dividend | J | T | | | | | |
| 359. Hartford Life Insurance Cash Value Acct. #1 (H) | | | | | | | | | |
| 360. - American Funds Income Fund | A | Dividend | J | T | | | | | |
| 361. - American Funds Growth | A | Dividend | J | T | | | | | |
| 362. - Franklin Templeton Mutual Shares Sec | A | Dividend | J | T | | | | | |
| 363. PNC Bank Checking & Savings Accounts (H) | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/14/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Gershwin A. Drain**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544